AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

_____WESTERN_____ DISTRICT OF __NEW YORK__

**MPOWER COMMUNICATIONS CORP.,**

    Plaintiff(s),

    v.

**DEFAULT JUDGMENT IN A CIVIL CASE**

**VOIPLD.com; PARADYME MORTGAGE d/b/a VOIPLD.com, Inc.; ZACK YASS a/k/a ZAHI YASEEN,**

    Defendant(s).

**CASE NUMBER: 03-CV-6214L**

☐ JURY VERDICT. THIS ACTION CAME BEFORE THE COURT FOR A TRIAL BY JURY. THE ISSUES HAVE BEEN TRIED AND THE JURY HAS RENDERED ITS VERDICT.

☒ DECISION BY COURT. THIS ACTION CAME TO HEARING BEFORE THE COURT. THE ISSUES HAVE BEEN HEARD AND A DECISION HAS BEEN RENDERED.

IT IS ORDERED AND ADJUDGED THAT PLAINTIFF MPOWER CORPORATION CORP. IS GRANTED JUDGMENT AGAINST DEFAULTING DEFENDANTS: VOIPLD.COM JUDGMENT IN THE AMOUNT OF $839,286.30, DEFENDANT PARADYME MORTGAGE JUDGMENT IN THE AMOUNT OF $513,709.85 AND FROM DEFENDANT ZACK YASS JUDGMENT IN THE AMOUNT OF $276,545.61; ALL POST-JUDGMENT INTEREST THEREON AND PLAINTIFF'S COSTS OF ACTION.

MAY 3, 2005  
DATE

RODNEY C. EARLY  
CLERK

S/TRICIA M. OFRAY

TRICIA M. O'FRAY  
(BY) DEPUTY CLERK